IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-175-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : **JUDGMENT AND** |
| | : **ORDER APPROVING** |
| v. | : **SETTLEMENT AGREEMENT** |
| | : |
| WALSH LAND LOCATED AT 210 NE 51st STREET, OAK ISLAND, BRUNSWICK COUNTY, NORTH CAROLINA; AS LEGALLY DESCRIBED AT DEED BOOK 1306, PAGES 83-84 OF THE BRUNSWICK COUNTY REGISTRY, NORTH CAROLINA, BEING TITLED IN THE NAMES OF ROBERT M. WALSH AND WIFE, DONNA L. WALSH, A 2/3 UNDIVIDED INTEREST AS TENANTS BY ENTIRETIES AND SHANE R. WALSH, A 1/3 UNDIVIDED INTEREST AS TENANT IN COMMON; AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | : |
| | : |
| Defendant. | : |

IT APPEARING to the Court that the parties to this action have agreed to a settlement of this action on the terms and conditions set forth in a Settlement Agreement filed with the Court on October 19, 2012, and said terms and conditions being acceptable to this Court, it is

1

ORDERED that Donna L. Walsh pay to the United States of America the sum of $5,424.13 in U. S. currency;

IT IS ALSO ORDERED, ADJUDGED, and DECREED that the $5,424.13 in U. S. currency which is to be paid by Donna L. Walsh is forfeited to the United States of America, and shall be disposed of by the United States Marshal Service according to law, and further, that the $5,424.13 in U. S. currency be paid in the form of a bank or cashier's check, made payable to "The United States Department of Justice," and sent to the U. S. Attorney's Office, Attn: Stephen A. West, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, NC 27601-1461.

IT IS ALSO ORDERED that, upon receipt of the $5,424.13 by the United States and the entry of this Order, the subject property shall be released from this civil forfeiture action. The United States shall cancel the Lis Pendens previously filed against the subject property.

Order and Judgment having been entered, and all issues having been resolved, the Clerk of Court is DIRECTED to close this matter.

SO ORDERED this 23rd day of October, 2012.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT COURT JUDGE